# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MELISSA TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:08-mc-0002 |
| ) | Judge Trauger |
| ATLANTIC SOUTHEAST AIRLINES, INC., ) | Magistrate Judge Knowles |
| ASSOCIATION OF FLIGHT ATTENDANTS- ) | [Pending in the N.D. Ga. (Atlanta Div.) |
| CWA, AFL-CIO, CRAIG R. CUMBIE, and ) | Case No. 1:07-cv-0039-RLV-CCH] |
| HILTON HOTELS CORP., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On April 24, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 21), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Plaintiff's Motion and Application For Reasonable Attorneys' Fees and Expenses Against Hilton Hotels Corporation (Docket No. 16) is **DENIED**.

It is so **ORDERED.**

Enter this 16th day of May 2008.

_____
ALETA A. TRAUGER
U.S. District Judge